**Juan Antonio MELGAR–MELGAR, Petitioner,**

v.

**Loretta LYNCH, U.S. Attorney General, Respondent.**

**No. 15–60601**

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/15/2016

Juan Antonio Melgar–Melgar, Pro Se.

Siu Ping Wong, Esq., Trial Attorney, U.S. Department of Justice, Civil Division/OIL, Manuel A. Palau, Esq., U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Juan Antonio Melgar–Melgar petitions for review of the decision by the Board of Immigration Appeals (BIA) to dismiss his appeal of the Immigration Judge's (IJ) order denying his motion to reopen. Melgar–Melgar's conclusional assertion that he did not receive notice of the removal hearing fails to show any abuse of discretion in the denial of his motion to reopen. *See Zhao v. Gonzales*, 404 F.3d 295, 303–

---

04 (5th Cir. 2005). We lack jurisdiction to review Melgar–Melgar's due process claims because he failed to exhaust them before the BIA. *See Claudio v. Holder*, 601 F.3d 316, 318–19 (5th Cir. 2010); *Omari v. Holder*, 562 F.3d 314, 319–21 (5th Cir. 2009).

Melgar–Melgar's petition for review is DENIED in part and DISMISSED in part for lack of jurisdiction.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.